**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* 1:26-bk-44485 Chapter 11

☒ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Schwab Road BSD LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-1488451 |
| 4. | **Debtor's address** | **Principal place of business**<br>1274 49th Street<br>Brooklyn, NY 11219<br>Number, Street, City, State & ZIP Code<br>Kings<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>1100 Schwab Road Hatfield, PA 19440<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor Schwab Road BSD LLC
Name

Case number (*if known*) 1:26-bk-44485

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check* ***all*** *that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District ____ When ____ Case number ____
District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ____ Relationship ____
District ____ When ____ Case number, if known ____

Debtor Schwab Road BSD LLC Case number (*if known*) 1:26-bk-44485
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? __________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other __________

**Where is the property?** __________

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency __________

Contact name __________

Phone __________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor Schwab Road BSD LLC
Name

Case number (*if known*) 1:26-bk-44485

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2026
MM / DD / YYYY

**X** /s/ Theodore Welz
Signature of authorized representative of debtor

Theodore Welz
Printed name

Title CRO

**18. Signature of attorney**

**X** /s/ Charles Wertman
Signature of attorney for debtor

Date November 10, 2026
MM / DD / YYYY

Charles Wertman
Printed name

Law Offices of Charles Wertman, P.C.
Firm name

100 Merrick Road, Suite 304W
Suite 304W
Rockville Centre, NY 11570
Number, Street, City, State & ZIP Code

Contact phone (516) 284-0900 Email address charles@cwertmanlaw.com

2593267 NY
Bar number and State

**Fill in this information to identify the case:**

Debtor name Schwab Road BSD LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) 1:26-bk-44485

☒ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule* A/B, D, E/F, G, H, 206Sum and 204
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration Amended Statement of Financial Affairs (Official Form 207); Amended Voluntary Petition (Official Form 201); List of Equity Security Holders; Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2026

X /s/ Theodore Welz
Signature of individual signing on behalf of debtor

Theodore Welz
Printed name

CRO
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Schwab Road BSD LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known): | 1:26-bk-44485 |

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| American Express<br>P.O. Box 981535<br>El Paso | | | | | | $98,740.00 |
| Fox Bindery, Inc.<br>d/b/a Fox Group<br>2750 Morris Road<br>Lansdale, PA | | | Contingent<br>Unliquidated | | | $96,266.66 |
| Hago Pack Limited Liability Company<br>1100 Schwab Road<br>Hatfield, PA | | | Contingent<br>Unliquidated | | | $98,250.00 |
| Hago Pack LLC<br>1488 Colesville Rd<br>Bethlehem, PA 18015 | | Tenant counterclaims - Montgomery Cty CCP 2025-22372 | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Hatfield Township<br>1950 School Road<br>Hatfield, PA 19440 | | Municipal charges - 1100 Schwab Rd | | | | $2,657.46 |
| JB Roofing<br>345 Main Street, Suite 110<br>Harleysville, PA 19438 | | Roofing repairs - 1100 Schwab Rd | | | | $6,406.85 |
| Mertz Corp. d/b/a NAI Mertz Corporation<br>21 Roland Avenue<br>Mount Laurel, NJ | | | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| North Penn Water Authority<br>300 Forty Foot Road<br>Lansdale, PA 19446 | | Water service - 1100 Schwab Rd | | | | $1,056.44 |
| NYS Department of Taxation and Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY | | | | | | $1,750.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Schwab Road BSD LLC
Name

Case number *(if known)* 1:26-bk-44485

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Schroding Lawn & Landscape, Inc.<br>1721 Lynrose Circle<br>Hatfield, PA 19440 | | Landscaping services - 1100 Schwab Rd (inv. CI-3944, returned check #2266) | | | | $16,764.33 |
| Sherman Silverstein Kohl Rose & Podolsky<br>6000 Midlantic Drive, Suite 300 South<br>Mount Laurel, NJ 08054 | | | | | | $19,584.90 |
| Wood & Names, LLC<br>1100 Schwab Road<br>Hatfield, PA | | | Contingent<br>Unliquidated | | | $9,834.17 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Schwab Road BSD LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known): 1:26-bk-44485

☒ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ | 20,000,000.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ | 2,557,232.05 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ | 22,557,232.05 |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ | 17,868,443.81 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ | 1,750.00 |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ | 6,580,045.43 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | 24,450,239.24 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Schwab Road BSD LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) 1:26-bk-44485

☒ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Citizens Bank - Operating Account | Checking | 0708 | $8,383.57 |
| 3.2. | Citizens Bank - Rent Security Account | Checking | 0690 | $3,313.90 |
| 3.3. | Dime Community Bank - Business Analysis Account | Checking | 6147 | $2,497.28 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $14,194.75

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Schwab Road BSD LLC Case number *(If known)* 1:26-bk-44485
Name

11. **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | 2,543,037.30 | - | 0.00 =.... | $2,543,037.30 |
| | face amount | | doubtful or uncollectible accounts | |

Hago Pack LLC (tenant), 1100 Schwab Road, Hatfield, PA 19440 - pre-petition rent arrears and damages under Jan. 2020 lease. Amount per Hago Pack Sch. E/F (Bankr. E.D. Pa. 26-13058, Dkt 37); disputed by tenant, subject to asserted offset (Montgomery Cty CCP 2025-22372). Tenant is in Chapter 11.

12. **Total of Part 3.** $2,543,037.30

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Schwab Road BSD LLC Case number (If known) 1:26-bk-44485
Name

| | | | | |
|---|---|---|---|---|
| 55.1. Industrial warehouse 1100 Schwab Road, Hatfield, Montgomery County, PA 19440 Parcel No. 35-00-09961-00-3; approx. 18.98 acres improved by a building of approx. 302,378 rentable sq. ft., leased to three tenants (see Schedule G) | Fee Simple | $0.00 | | $20,000,000.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$20,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Schwab Road BSD LLC Case number *(If known)* 1:26-bk-44485
Name

Claims against Hago Pack Limited Liability Company for unpaid rent, damages and possession under the January 2020 lease: Schwab Road BSD LLC v. Hago Pack LLC, C.C.P. Montgomery Cty. No. 2025-22372, and the Debtor's claims as landlord in In re Hago Pack Limited Liability Company, Bankr. E.D. Pa. No. 26-13058-amc. Prepetition rent arrears are also listed at line 11; this entry is not additive to that amount. Unknown

**Nature of claim**

**Amount requested** $0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** $0.00

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Schwab Road BSD LLC Case number *(If known)* 1:26-bk-44485
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $14,194.75 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $2,543,037.30 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9*.........................................................................................> | | | $20,000,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column | $2,557,232.05 | + 91b. | $20,000,000.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | $22,557,232.05 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Schwab Road BSD LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known): 1:26-bk-44485

☒ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 Citizens Bank, N.A. | $17,868,443.81 | $20,000,000.00 |

2.1 Citizens Bank, N.A.
Creditor's Name

Successor by merger to Investors Bank
c/o Dilworth Paxson LLP,
Attn: Harold G. Cohen
457 Haddonfield Road, Suite 700
Cherry Hill, NJ 19103
Creditor's mailing address

hcohen@dilworthlaw.com
Creditor's email address, if known

**Date debt was incurred**
12/10/2020

**Last 4 digits of account number**
0018

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
1100 Schwab Road, Hatfield, Montgomery County, PA 19440 (Parcel 35-00-09961-00-3), and the leases and rents thereof. Claim per creditor as of 8/10/2026: principal $17,164,527.84; interest $69,134.90; default interest $600,809.64; late fees $33,971.43. Debtor disputes default interest, late fees and any attorney's commission.

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $17,868,443.81

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Schwab Road BSD LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) 1:26-bk-44485

☒ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>NYS Department of Taxation and Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,750.00 | $1,750.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>ABS GG LLC<br>4118 14th Ave, #216<br>Brooklyn, NY 11219<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** Per Proof of Claim No. 2 - INSIDER (member/equity holder of Debtor)<br>Is the claim subject to offset? ☒ No ☐ Yes | $6,217,220.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>ABS Management & Development Corp.<br>1274 49th Street, Suite 302<br>Brooklyn, NY 11219<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Property management fees (insider - affiliate of principal)<br>Is the claim subject to offset? ☒ No ☐ Yes | $13,264.62 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Schwab Road BSD LLC — Name | Case number (if known) 1:26-bk-44485

**3.3** **Nonpriority creditor's name and mailing address**
American Express
P.O. Box 981535
El Paso
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7982

**As of the petition filing date, the claim is:** *Check all that apply.* $98,740.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Fox Bindery, Inc. d/b/a Fox Group
2750 Morris Road
Lansdale, PA
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $96,266.66
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Hago Pack Limited Liability Company
1100 Schwab Road
Hatfield, PA
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $98,250.00
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Hago Pack LLC
1488 Colesville Rd
Bethlehem, PA 18015
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** Tenant counterclaims - Montgomery Cty CCP 2025-22372
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
Hatfield Township
1950 School Road
Hatfield, PA 19440
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,657.46
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Municipal charges - 1100 Schwab Rd
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
JB Roofing
345 Main Street, Suite 110
Harleysville, PA 19438
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,406.85
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Roofing repairs - 1100 Schwab Rd
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**
Mertz Corp. d/b/a NAI Mertz Corporation
21 Roland Avenue
Mount Laurel, NJ
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
North Penn Water Authority
300 Forty Foot Road
Lansdale, PA 19446
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,056.44
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Water service - 1100 Schwab Rd
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Schwab Road BSD LLC Case number (if known) 1:26-bk-44485
Name

3.11 **Nonpriority creditor's name and mailing address**
Schroding Lawn & Landscape, Inc.
1721 Lynrose Circle
Hatfield, PA 19440
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $16,764.33
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Landscaping services - 1100 Schwab Rd (inv. CI-3944, returned check #2266)
Is the claim subject to offset? ☒ No ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
Sherman Silverstein Kohl Rose & Podolsky
6000 Midlantic Drive, Suite 300 South
Mount Laurel, NJ 08054
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $19,584.90
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
Wood & Names, LLC
1100 Schwab Road
Hatfield, PA
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $9,834.17
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,750.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 6,580,045.43 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 6,581,795.43 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Schwab Road BSD LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) 1:26-bk-44485

☒ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Property management agreement for 1100 Schwab Road, Hatfield, PA 19440. Debtor is owner; ABS Management & Development Corp. (insider affiliate) is managing agent. | |
| | State the term remaining | | |
| | List the contract number of any government contract | | ABS Management & Development Corp.<br>1274 49th Street, Suite 302<br>Brooklyn, NY |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease of industrial space (131,650 rentable sq. ft.) at 1100 Schwab Road, Hatfield, PA 19440, dated 1/15/2020, as amended, restated and reaffirmed December 2020. Debtor is landlord. Term through 3/31/2030. Lease Year 7 minimum rent $59,900.75 per month, triple net. | |
| | State the term remaining | Through 3/31/2030 | |
| | List the contract number of any government contract | | Fox Bindery, Inc. d/b/a Fox Group<br>2750 Morris Road<br>Lansdale, PA |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Schwab Road BSD LLC — Case number (*if known*) 1:26-bk-44485

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease of industrial space (123,796 sq. ft.) at 1100 Schwab Road, Hatfield, PA 19440, dated 1/1/2020, as modified by Square Footage Agreement. Debtor is landlord. Lease Year 7 minimum rent $65,199.23 per month plus CAM and real estate taxes. Lease is the subject of Schwab Road BSD LLC v. Hago Pack LLC, C.C.P. Montgomery Cty. No. 2025-22372, and of tenant's chapter 11 case, Bankr. E.D. Pa. No. 26-13058-amc. | Hago Pack Limited Liability Company<br>1100 Schwab Road<br>Hatfield, PA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lease of Section B industrial space (47,204 sq. ft.) at 1100 Schwab Road, Hatfield, PA 19440, effective 8/31/2020. Debtor is landlord. Term 9/1/2020 to 8/31/2030, with two renewal options through 3/31/2040. Lease Year 7 minimum rent $21,492.08 per month, triple net, plus 3% property management fee. | Wood & Names, LLC<br>1100 Schwab Road<br>Hatfield, PA |
| | State the term remaining | Through 8/31/2030, with two renewal options through 3/31/2040 | |
| | List the contract number of any government contract | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Schwab Road BSD LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) 1:26-bk-44485

☒ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Yechiel R. Rivlin a/k/a Reuven Rivlin | 1274 49th Street, Suite 302<br>Brooklyn, NY 11219<br>Guarantor of Citizens Bank, N.A. loan (Schedule D, line 2.1). See Citizens Bank, N.A. v. Yechiel R. Rivlin, N.J. Super. Ct. Law Div., Ocean Cty., No. OCN-L-001914-26. | Citizens Bank, N.A. | ☒ D 2.1<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Schwab Road BSD LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) 1:26-bk-44485

☒ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2026 to Filing Date | ☒ Operating a business<br>☐ Other | $934,090.08 |
| For prior year:<br>From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br>☐ Other | $1,295,548.00 |
| For year before that:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $1,811,168.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Citizens Bank, N.A., successor by merger to Investors Bank | 7/7/2026 ($51,851.18); 8/10/2026 ($53,579.55); 9/8/2026 ($53,579.55) | $159,010.28 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | E&B Associates NY LLC | 9/24/2026 (check no. 2229) | $125,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other Check no. 2229 |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Citizens Bank, N.A., successor by merger<br><br>Lender on debt guaranteed by insider Yechiel R. Rivlin a/k/a Reuven Rivlin (manager and member) | 12/12/2025 ($114,311.35) ; 12/31/2025 ($51,952.35); 1/15/2026 ($53,616.65); 2/10/2026 ($53,579.55); 3/9/2026 ($48,394.43); 4/10/2026 ($53,579.55); 5/7/2026 ($78,955.93); 6/11/2026 ($53,579.55); 7/7/2026 ($51,851.18); 8/10/2026 ($53,579.55); 9/8/2026 ($53,579.55) | $666,979.64 | Monthly payments on mortgage loan ending 0018, guaranteed by Yechiel R. Rivlin a/k/a Reuven Rivlin |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.2. | ABS Management & Development Corp.<br>1274 49th Street, Suite 302<br>Brooklyn, NY<br>Managing agent; affiliate of manager Yechiel R. Rivlin (president of ABS) | 12/16/2025 ($500.00 wire); 8/10/2026 (ck 2214, $20,000.00); 8/12/2026 (ck 2218, $5,867.82); 9/9/2026 (ck 2224, $5,867.82); 9/17/2026 (ck 2222, $20,000.00); 9/17/2026 (ck 2223, $25,000.00); 9/17/2026 ($5,300.00 wire) | $82,535.64 | Management fees (ck 2218, 2224); reimbursement of retainers ABS or Mr. Rivlin advanced by credit card for Rochelle Rosenberg (ck 2214) and Abrams Fensterman LLP (ck 2222); reimbursement of $25,000 ABS paid to Sherman Silverstein (ck 2223); other transfers |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Schwab Road BSD LLC v. Hago Pack LLC<br>2025-22372 | | Court of Common Pleas of Montgomery County, Pennsylvania<br>Montgomery County Courthouse, 2 East Airy Street<br>Norristown, PA | ☒ Pending<br>☐ On appeal<br>☐ Concluded |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Schwab Road BSD LLC Case number *(if known)* 1:26-bk-44485

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Citizens Bank, N.A. v. Schwab Road BSD, LLC<br>2:26-cv-04453-JMY | | United States District Court for the Eastern District of Pennsylvania<br>601 Market Street<br>Philadelphia, PA | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | In re Hago Pack Limited Liability Company<br>26-13058-amc | | United States Bankruptcy Court for the Eastern District of Pennsylvania<br>900 Market Street, Suite 400<br>Philadelphia, PA | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Citizens Bank, N.A. v. Yechiel R. Rivlin<br>OCN-L-001914-26 | | Superior Court of New Jersey, Law Division, Ocean County<br>118 Washington Street<br>Toms River, NJ | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| SREA Property Management Services (Stockton Real Estate Advisors), Receiver, through Alan Jovinelly | Real property and rents at 1100 Schwab Road, Hatfield, PA 19440. Receiver appointed by order entered 9/24/2026, the day before the petition date. The receiver did not take possession of the property or collect any rents before the petition date. | $20,000,000.00 |
| | **Case title**<br>Citizens Bank, N.A. v. Schwab Road BSD, LLC<br>**Case number**<br>2:26-cv-04453-JMY<br>**Date of order or assignment**<br>09/24/2026 | **Court name and address**<br>United States District Court for the Eastern District of Pennsylvania<br>601 Market Street<br>Philadelphia, PA |

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Schwab Road BSD LLC Case number (*if known*) 1:26-bk-44485

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices of Charles Wertman P.C.<br>100 Merrick Road, Suite 304W<br>Rockville Centre, NY 11570 | Prepetition legal fees ($15,262.00) and chapter 11 filing fee ($1,738.00) | 09/24/2026 | $17,000.00 |
| | **Email or website address**<br>charles@cwertmanlaw.com | | | |
| | **Who made the payment, if not debtor?**<br>Yechiel R. Rivlin a/k/a Reuven Rivlin | | | |
| 11.2. | Blyss Partners LLC (Theodore Welz, Chief | Prepetition CRO services; funds provided by Mr. Rivlin and disbursed from the attorney escrow account of Law Offices of Charles Wertman P.C. | 9/24/2026 | $5,000.00 |
| | **Email or website address**<br>Teddy@blysspartners.com | | | |
| | **Who made the payment, if not debtor?**<br>Yechiel R. Rivlin, via counsel escrow | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Leah Appel, ABS Management & Development Corp.<br>1274 49th Street, Suite 302<br>Brooklyn, NY | 9/25/2024 to present (bookkeeper) |
| 26a.2. | Elliot Stern, CPA, Leshkowitz & Co. LLP<br>45 Broadway, 8th Floor<br>New York, NY | 9/25/2024 to present (outside accountant) |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | ABS Management & Development Corp. (Leah Appel)<br>1274 49th Street, Suite 302<br>Brooklyn, NY | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Yechiel R. Rivlin a/k/a Reuven Rivlin | 1274 49th Street, Suite 302<br>Brooklyn, NY 11219 | Manager and Member | 4.6% |
| Rivka Berger | 1526 52nd Street<br>Brooklyn 11219 | Member | 34.4% |
| ABS GG LLC | 1274 49th Street<br>Brooklyn | Member | 18% |
| TZA Equities LLC | 1274 49th Street, Suite 302<br>Brooklyn, NY | Member | 20% |
| Marc Friedman | 1141 Lublin Terrace<br>Lakewood, NJ | Member | 6% |
| YRHR Holdings LLC | 1274 49th Street, PMB 302<br>Brooklyn, NY | Member | 4% |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Schwab Road BSD LLC Case number (if known) 1:26-bk-44485

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| BDT Family Trust | 1242 57th Street<br>Brooklyn, NY | Member | 13% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Theodore Welz | c/o Blyss Partners LLC | Chief Restructuring Officer | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | ABS Management & Development Corp.<br>1274 49th Street, Suite 302<br>Brooklyn, NY | $82,535.64 | 12/16/2025 ($500.00 wire); 8/10/2026 (ck 2214, $20,000.00); 8/12/2026 (ck 2218, $5,867.82); 9/9/2026 (ck 2224, $5,867.82); 9/17/2026 (ck 2222, $20,000.00); 9/17/2026 (ck 2223, $25,000.00); 9/17/2026 ($5,300.00 wire) | Management fees (ck 2218, 2224); reimbursement of retainers advanced by credit card for Rochelle Rosenberg (ck 2214) and Abrams Fensterman LLP (ck 2222); reimbursement of $25,000 ABS paid to Sherman Silverstein (ck 2223); other transfers |

**Relationship to debtor**
Managing agent; affiliate of manager Yechiel R. Rivlin (president of ABS)

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Schwab Road BSD LLC Case number *(if known)* 1:26-bk-44485

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2026

/s/ Theodore Welz
Signature of individual signing on behalf of the debtor

Theodore Welz
Printed name

Position or relationship to debtor CRO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of New York

In re Schwab Road BSD LLC  Case No. 1:26-bk-44485
Debtor(s)  Chapter 11

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ABS GG LLC<br>1274 49th Street<br>Brooklyn, NY 11219 | LLC Membership Interest | 18.0% | Member |
| BDT Family Trust<br>1242 57th Street<br>Brooklyn, NY 11219 | LLC Membership Interest | 13.0% | Member |
| Marc Friedman<br>1141 Lublin Terrace<br>Lakewood, NJ 08701 | LLC Membership Interest | 6.0% | Member (through FF BSD LLC) |
| Rivka Berger<br>1526 52nd Street<br>Brooklyn, NY 11219 | LLC Membership Interest | 34.4% | Member (through ABS RR PA LLC) |
| TZA Equities LLC<br>1274 49th Street, Suite 302<br>Brooklyn, NY 11219 | LLC Membership Interest | 20.0% | Member |
| Yechiel Rivlin<br>1274 49th Street, Suite 302<br>Brooklyn, NY 11219 | LLC Membership Interest | 4.6% | Member / Manager |
| YRHR Holdings LLC<br>1274 49th Street, PMB 302<br>Brooklyn, NY 11219 | LLC Membership Interest | 4.0% | Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CRO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date November 10, 2026  Signature /s/ Theodore Welz
Theodore Welz

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Eastern District of New York

In re Schwab Road BSD LLC — Debtor(s)

Case No. 1:26-bk-44485

Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept .................... $ ______

Prior to the filing of this statement I have received .................... $ ______

Balance Due .................... $ ______

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of.................... $ 17,000.00

The undersigned shall bill against the retainer at an hourly rate of.................... $ 525.00

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☐ Debtor ☒ Other (specify): Yechiel R. Rivlin a/k/a Reuven Rivlin,

3. The source of compensation to be paid to me is:

☒ Debtor ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [List other services that counsel has agreed to provide]

Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re Schwab Road BSD LLC Case No. 1:26-bk-44485
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

November 10, 2026
*Date*

/s/ Charles Wertman
Charles Wertman
*Signature of Attorney*

Law Offices of Charles Wertman, P.C.
100 Merrick Road, Suite 304W
Suite 304W
Rockville Centre, NY 11570
(516) 284-0900 Fax:
charles@cwertmanlaw.com
*Name of law firm*

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Eastern District of New York

In re Schwab Road BSD LLC Debtor(s)

Case No. 1:26-bk-44485

Chapter 11

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: November 10, 2026

/s/ Theodore Welz
Theodore Welz/CRO
Signer/Title

Date: November 10, 2026

/s/ Charles Wertman
Signature of Attorney

Charles Wertman
Law Offices of Charles Wertman, P.C.
100 Merrick Road, Suite 304W
Suite 304W
Rockville Centre, NY 11570
(516) 284-0900 Fax:



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

ABS GG LLC
4118 14th Ave, #216
Brooklyn, NY 11219

ABS Management & Development Corp.
1274 49th Street, Suite 302
Brooklyn, NY 11219

American Express
P.O. Box 981535
El Paso

Citizens Bank, N.A.
Successor by merger to Investors Bank
c/o Dilworth Paxson LLP, Attn: Harold G.
457 Haddonfield Road, Suite 700
Cherry Hill, NJ 19103

Fox Bindery, Inc. d/b/a Fox Group
2750 Morris Road
Lansdale, PA

Hago Pack Limited Liability Company
1100 Schwab Road
Hatfield, PA

Hago Pack LLC
1488 Colesville Rd
Bethlehem, PA 18015

Hatfield Township
1950 School Road
Hatfield, PA 19440

JB Roofing
345 Main Street, Suite 110
Harleysville, PA 19438

Mertz Corp. d/b/a NAI Mertz Corporation
21 Roland Avenue
Mount Laurel, NJ

North Penn Water Authority
300 Forty Foot Road
Lansdale, PA 19446

NYS Department of Taxation and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY

Schroding Lawn & Landscape, Inc.
1721 Lynrose Circle
Hatfield, PA 19440

Sherman Silverstein Kohl Rose & Podolsky
6000 Midlantic Drive, Suite 300 South
Mount Laurel, NJ 08054

Wood & Names, LLC
1100 Schwab Road
Hatfield, PA

Yechiel R. Rivlin a/k/a Reuven Rivlin
1274 49th Street, Suite 302
Brooklyn, NY 11219

# United States Bankruptcy Court
## Eastern District of New York

In re Schwab Road BSD LLC — Debtor(s)

Case No. 1:26-bk-44485
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1) - AMENDED

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Schwab Road BSD LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

ABS GG LLC
1274 49th Street
Brooklyn, NY 11219

TZA Equities LLC
1274 49th Street, Suite 302
Brooklyn, NY 11219

☐ None [*Check if applicable*]

November 10, 2026
Date

/s/ Charles Wertman
Charles Wertman
Signature of Attorney or Litigant
Counsel for Schwab Road BSD LLC
Law Offices of Charles Wertman, P.C.
100 Merrick Road, Suite 304W
Suite 304W
Rockville Centre, NY 11570
(516) 284-0900 Fax:
charles@cwertmanlaw.com

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com 

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## AMENDED
## STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Schwab Road BSD LLC **CASE NO.:** 1:26-bk-44485

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:______ JUDGE:______ DISTRICT/DIVISION:______

CASE STILL PENDING (Y/N):______ [*If closed*] Date of closing:______

CURRENT STATUS OF RELATED CASE: ______________________
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: ______________________

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: ______

2. CASE NO.:______ JUDGE:______ DISTRICT/DIVISION:______

CASE STILL PENDING (Y/N):______ [*If closed*] Date of closing:______

CURRENT STATUS OF RELATED CASE: ______________________
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: ______________________

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: ______

3. CASE NO.:______ JUDGE:______ DISTRICT/DIVISION:______

CASE STILL PENDING (Y/N):______ [*If closed*] Date of closing:______

(OVER)

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: ______________________________
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: ______________________________

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: ______

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): Y

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

/s/ Charles Wertman
Charles Wertman
Signature of Debtor's Attorney
Law Offices of Charles Wertman, P.C.
100 Merrick Road, Suite 304W
Suite 304W
Rockville Centre, NY 11570
(516) 284-0900 Fax:

______________________________
Signature of Pro Se Debtor/Petitioner

______________________________
Signature of Pro Se Joint Debtor/Petitioner

______________________________
Mailing Address of Debtor/Petitioner

______________________________
City, State, Zip Code

______________________________
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------X

IN RE: Schwab Road BSD LLC

Debtor(s)

--------------------------------------------X

Chapter 11

Case No.: 1:26-bk-44485

AMENDED
STATEMENT PURSUANT TO LOCAL RULE 2017

I, Charles Wertman , an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.
2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| | Initial interview, analysis of financial condition, etc. |
| | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.
4. That all services rendered prior to the filing of the petition herein were rendered by my firm.
5. That my usual rate of compensation of bankruptcy matters of this type is $ 525.00 per hour.

Dated: November 10, 2026

/s/ Charles Wertman
Charles Wertman
Attorney for debtor(s)
Law Offices of Charles Wertman, P.C.
100 Merrick Road, Suite 304W304W
Suite 304W
Rockville Centre, NY 11570
(516) 284-0900 Fax:
charles@cwertmanlaw.com