**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re: Case No. 26-44485 (jmm)
Chapter 11

**SCHWAB ROAD BSD LLC,**

Debtor.
---------------------------------------------------------x

**DECLARATION PURSUANT TO LOCAL RULE 1009-1(a)**

STATE OF NEW YORK )
) ss.:
COUNTY OF KINGS )

Theodore Welz declares as follows pursuant to 28 U.S.C. § 1746:

1. I am the Chief Restructuring Officer of Schwab Road BSD LLC, the debtor and debtor in possession in this case (the "Debtor"), and I am authorized to make this declaration on its behalf. On September 25, 2026, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. An amendment to the Debtor's Voluntary Petition (Official Form 201), Schedules A/B, D, E/F, G and H, Summary of Assets and Liabilities (Official Form 206Sum), List of Creditors Who Have the 20 Largest Unsecured Claims (Official Form 204), Statement of Financial Affairs (Official Form 207), List of Equity Security Holders and Corporate Ownership Statement is being filed with the Court herewith.

3. Annexed as Exhibit A is a listing of the additions and corrections made by the amendment, with the nature of the change noted for each creditor or item. Because the amendment adds creditors, an amended mailing matrix listing only the added creditors is annexed as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.
Executed in Brooklyn, New York on November __, 2026

_______________________________
Theodore Welz
Chief Restructuring Officer
Schwab Road BSD LLC



The signed document can be validated at https://app.vinesign.com/Verify

# EXHIBIT A

## Additions and Corrections

**Creditors and codebtors added**

Schedule E/F, Part 1: New York State Department of Taxation and Finance, priority tax claim, $1,750.00. (Added)

Schedule E/F, Part 2: ABS GG LLC, $6,217,220.00 (insider; per Proof of Claim No. 2). (Added)

Schedule E/F, Part 2: ABS Management & Development Corp., property management fees, $13,264.62 (insider). (Added)

Schedule E/F, Part 2: American Express, $98,740.00. (Added)

Schedule E/F, Part 2: Fox Bindery, Inc. d/b/a Fox Group, tenant security deposit, $96,266.66 (contingent, unliquidated). (Added)

Schedule E/F, Part 2: Hago Pack Limited Liability Company, tenant security deposit, $98,250.00 (contingent, unliquidated). (Added)

Schedule E/F, Part 2: Hago Pack LLC, asserted counterclaims, Montgomery County C.C.P. No. 2025-22372, unknown (contingent, unliquidated, disputed). (Added)

Schedule E/F, Part 2: Hatfield Township, municipal charges, $2,657.46. (Added)

Schedule E/F, Part 2: JB Roofing Systems LLC, roofing repairs, $6,406.85. (Added)

Schedule E/F, Part 2: Mertz Corp. d/b/a NAI Mertz Corporation, unknown (contingent, unliquidated, disputed). (Added)

Schedule E/F, Part 2: North Penn Water Authority, water service, $1,056.44. (Added)

Schedule E/F, Part 2: Schroding Lawn & Landscape, Inc., landscaping services, $16,764.33. (Added)

Schedule E/F, Part 2: Sherman Silverstein Kohl Rose & Podolsky, P.A., legal services, $19,584.90. (Added)

Schedule E/F, Part 2: Wood & Names, LLC, tenant security deposit, $9,834.17 (contingent, unliquidated). (Added)

Schedule H: Yechiel R. Rivlin a/k/a Reuven Rivlin, codebtor (guarantor) on the claim of Citizens Bank, N.A. (Added)

**Items corrected**

Schedule D: Citizens Bank, N.A., successor by merger to Investors Bank. Corrected to state the account number, the date the debt was incurred (December 10, 2020), the collateral, the claim amount of $17,868,443.81 as of August 10, 2026 and its components, and the disputed portions (default interest, late fees and attorney's commission). (Corrected)

Voluntary Petition (Official Form 201), Part 7: nature of business corrected to Single Asset Real Estate as defined in 11 U.S.C. § 101(51B). (Corrected)

Schedule A/B: bank accounts restated at their petition-date balances; receivable from Hago Pack Limited Liability Company added; description of the real property at 1100 Schwab Road, Hatfield, Pennsylvania completed; claims against Hago Pack Limited Liability Company added. (Corrected)

Schedule G: leases with Fox Bindery, Inc. d/b/a Fox Group, Wood & Names, LLC and Hago Pack Limited Liability Company, and the property management agreement with ABS Management & Development Corp., added. (Corrected)

Summary of Assets and Liabilities (Official Form 206Sum) and List of Creditors Who Have the 20 Largest Unsecured Claims (Official Form 204), conformed to the amended schedules. (Corrected)

Statement of Financial Affairs (Official Form 207): Questions 1, 3, 4, 7, 8, 11, 26a, 26c, 28 and 30 completed or corrected. (Corrected)

List of Equity Security Holders and Corporate Ownership Statement: amended to list the Debtor's seven members. (Corrected)

**EXHIBIT B**

**Amended Mailing Matrix (Added Creditors Only)**

ABS GG LLC 4118 14th Avenue, #216 Brooklyn, NY 11219

ABS Management & Development Corp. 1274 49th Street, Suite 302 Brooklyn, NY 11219

American Express P.O. Box 981535 El Paso, TX 79998

Fox Bindery, Inc. d/b/a Fox Group 2750 Morris Road Lansdale, PA 19446

Hago Pack Limited Liability Company 1100 Schwab Road Hatfield, PA 19440

Hago Pack LLC 1488 Colesville Road Bethlehem, PA 18015

Hatfield Township 1950 School Road Hatfield, PA 19440

JB Roofing Systems LLC 345 Main Street, Suite 110 Harleysville, PA 19438

Mertz Corp. d/b/a NAI Mertz Corporation 21 Roland Avenue Mount Laurel, NJ 08054

New York State Department of Taxation and Finance Bankruptcy Section P.O. Box 5300 Albany, NY 12205-0300

North Penn Water Authority 300 Forty Foot Road Lansdale, PA 19446

Schroding Lawn & Landscape, Inc. 1721 Lynrose Circle Hatfield, PA 19440

Sherman Silverstein Kohl Rose & Podolsky, P.A. 6000 Midlantic Drive, Suite 300 South Mount Laurel, NJ 08054

Wood & Names, LLC 1100 Schwab Road Hatfield, PA 19440

Yechiel R. Rivlin a/k/a Reuven Rivlin 1274 49th Street, Suite 302 Brooklyn, NY 11219